UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) ALEXANDER AGUASVIVAS-PENA<br>(2) MICHAEL SUAZO TEJADA<br>(3) FELINA PIMENTAL<br>(4) JOSE DAVID ALVARADO<br>(5) RAFAEL PIMENTAL<br>(6) MANUEL GUZMAN VITIELLO<br>(7) JOSEPH LARA<br>(8)  RICHARD MCPHERSON<br>(9)  CHYVELL KINERK<br>(10)  TRAVIS LEAVITT<br>(11)  MARILYN LARA<br>(12)  SHANNON HALLORAN<br><br><br>                    Defendants. | No. 25-CR-78-JL-AJ-01/12 |

**<u>INDICTMENT</u>**

The Grand Jury charges:

**<u>Count One</u>**
**21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), & 846, 841(b)(1)(A), 841(b)(1)(B)**
**Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance**

Beginning on a date no later than December 1, 2023 and continuing to on or about July 31, 2025, in the Districts of New Hampshire, Massachusetts and elsewhere, the defendants,

**ALEXANDER AGUASVIVAS-PENA
MICHAEL SUAZO TEJADA
FELINA PIMENTAL
JOSE DAVID ALVARADO
RAFAEL PIMENTAL
MANUEL GUZMAN VITIELLO
JOSEPH LARA
RICHARD MCPHERSON
CHYVELL KINERK
TRAVIS LEAVITT**

1

## MARILYN LARA AND
## SHANNON HALLORAN

knowingly and willfully combined, conspired, confederated, and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute controlled substances, specifically, methamphetamine, fentanyl, carfentanil, and cocaine, Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), and 846.

The conduct of **ALEXANDER AGUASVIVAS-PENA** as a member of the conspiracy charged above, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

The conduct of **MICHAEL SUAZO TEJADA** as a member of the conspiracy charged above, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

The conduct of **FELINA PIMENTAL** as a member of the conspiracy charged above, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

The conduct of **RAFAEL PIMENTAL** as a member of the conspiracy charged above, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-2-phenylethyl)-4-piperidinyl] propenamide, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

The conduct of **MANUEL GUZMAN VITIELLO** as a member of the conspiracy charged above, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

The conduct of **JOSEPH LARA** as a member of the conspiracy charged above, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

The conduct of **RICHARD MCPHERSON** as a member of the conspiracy charged above, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

The conduct of **CHYVELL KINERK** as a member of the conspiracy charged above, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

The conduct of **TRAVIS LEAVITT** as a member of the conspiracy charged above, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

The conduct of **SHANNON HALLORAN** as a member of the conspiracy charged above, which included the reasonably foreseeable conduct of other members of the conspiracy,

involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, the defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offenses.

A TRUE BILL

Dated: September 17, 2025        /s/ Foreperson
                                 Foreperson of the Grand Jury

ERIN CREEGAN
United States Attorney
District of New Hampshire


By:  /s/ Heather Cherniske
     Heather A. Cherniske
     Assistant United States Attorneys