UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

ALEXANDER AGUASVIVAS-PENA, et al.

Defendants.

No. 25-CR-78-JL

**MOTION TO UNSEAL**
**INDICTMENT, ARREST WARRANTS,**
**THIS MOTION, AND DOCKET TEXT ENTRIES**

The United States of America moves to unseal the indictment, arrest warrants, this motion,

and any corresponding docket text entries in this matter. Currently this case is sealed. Law

enforcement has arrested many of the charged defendants and believes that unsealing at this

juncture will not impact the investigation.

Respectfully submitted,

ERIN CREEGAN
United States Attorney

Dated: September 19, 2025

By: /s/ Heather A. Cherniske
Heather A. Cherniske
Assistant United States Attorney
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552

Motion:        ☐ Granted        ☐ Denied

_____
United States Magistrate Judge
United States District Court
District of New Hampshire
Date: September 19, 2025